UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CV-2167 |
| ) | |
| $4,500.00 in U.S. CURRENCY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

A Report and Recommendation (#32) was filed by the Magistrate Judge in the above cause on October 13, 2021. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

The Report and Recommendation (#32) is accepted by this court. The government's Motion to Strike Claims Filed by John Johnson and for Entry of Default (#30) is GRANTED. Defendant's Claims (#22, #23) are STRICKEN. Default is entered against Defendant John Johnson and potential claimants. The government has 21 days from the entry of this Order to file a Motion for Default Judgment.

ENTERED this 29th day of October, 2021.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE